HEATHER MACKAY, #161434
P.O. Box 3112
Oakland, CA 94609
Telephone: (510) 653-7507

Attorney for Petitioner
KENNETH CRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CRAY,<br><br>        Petitioner,<br><br>    v.<br><br>TOM L. CAREY, Warden,<br><br>        Respondent. | No. CIV-S 05-2174 FCD GGH P<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT SCHEDULING STATEMENT |

      Petitioner KENNETH CRAY, and respondent TOM L. CAREY, by and through their undersigned counsel, hereby agree and stipulate as follows:

      1.     On November 14, 2004, this Court appointed the Federal Defender to represent petitioner and ordered the parties to file a joint scheduling statement by December 14, 2005.

      2.     On November 21, 2005, the Federal Defender's office filed a motion to substitute Heather MacKay as counsel for petitioner, along with a proposed order for substitution. This Court filed an order appointing Ms. MacKay on December 12, 2005.

      3.     Ms. MacKay has obtained a copy of the 78-page pro se petition and

1

318 pages of exhibits previously filed by petitioner. Ms. MacKay is currently in the process of reviewing these extensive materials, but needs additional time to complete this review, conduct further investigation of the case, and obtain copies of documents and files pertaining to relevant past and pending state proceedings. Petitioner's counsel cannot prepare a joint scheduling statement without first obtaining and conducting a preliminary review of these documents and files.

      4.    Ms. MacKay contacted Deputy Attorney General R. Michael Llewellyn, counsel for respondent, by phone on December 5, 2005 to discuss the joint scheduling statement. Mr. Llewellyn has no objection to extending the time for filing the joint scheduling statement.

      5.    Accordingly, the parties respectfully request that the deadline for the joint scheduling statement be extended to January 13, 2006.

      6.    Counsel for respondent has authorized counsel for petitioner to electronically sign this document on his behalf.

Dated: December 12, 2005        Respectfully submitted,

/s/   Heather MacKay
HEATHER MACKAY
Attorney for Petitioner
KENNETH CRAY

Dated: December 12, 2005        Respectfully submitted,

/s/   R. Michael Llewellyn
R. MICHAEL LLEWELLYN
Deputy Attorney General
Attorney for Respondent
TOM L. CAREY

ORDER

By stipulation of the parties and for good cause shown, the parties' stipulated request for an extension of time to file the joint scheduling statement is hereby GRANTED. The joint scheduling statement shall be filed no later than January 13, 2006.

IT IS SO ORDERED.

Dated: 12/12/05

/s/ Gregory G. Hollows

_____
HON GREGORY G. HOLLOWS
U.S. Magistrate Judge

cray2174.po2