1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH CRAY,

11           Petitioner,                    No. CIV S-05-2174 FCD GGH P

12       vs.

13   TOM L. CAREY, Warden,

14           Respondent.                ORDER

15   _____/

16           A joint scheduling statement in this matter was filed on January 11, 2006,

17   pursuant to the court's order filed November 14, 2005.[1]  After reviewing the joint statement, the

18   court issues the following ORDERS:

19           1.  Should petitioner elect to proceed on the existing petition, he must file a

20   memorandum of points and authorities within 60 days, respondent must file an answer or

21   dispositive motion within 45 days thereafter; petitioner must file any reply or opposition, as

22   appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a

23   motion, respondent will have 15 days after service of an opposition to file a reply.

24           2. Should petitioner elect to file an amended petition of exhausted claims only on

25   which he intends to proceed, he must do so within 60 days, along with any memorandum of

26   _____

[1] An extension of time for filing the joint statement was granted.  See Order, filed on
12/13/05.

1

1  points and authorities.   Respondent must file an answer or dispositive motion within 45 days

2  thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service

3  of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days

4  after service of an opposition to file a reply.

5         3.  Should petitioner identify unexhausted claims which petitioner will seek to

6  exhaust, petitioner shall file an amended petition, within 60 days, setting forth all claims,

7  exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state

8  court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the

9  court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the

10 unexhausted claims, within 60 days; if a stay is ultimately granted, petitioner must immediately

11 pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said

12 exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

13        4.  Should respondent object to any motion for a stay of proceedings by petitioner

14 to pursue unexhausted claims, respondent must file any opposition to such a motion within 30

15 days of service thereof; thereafter, petitioner has 15 days to file any reply.

16        5.  If petitioner intends to make a motion for leave to conduct discovery under the

17 Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 45 days; if

18 respondent opposes any such motion respondent must do so within 30 days thereafter;

19 petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

20        6.  If petitioner chooses to move for an evidentiary hearing, petitioner must do so

21 at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing,

22 respondent must file any opposition within 30 days of service of the motion, and petitioner must

23 file any reply within 15 days of service of any opposition.

24 DATED: 1/23/06

25                                    /s/ Gregory G. Hollows
                                    _____
26                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
cray2174.pst