BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
DANIEL J. KOSSICK, State Bar No. 81350
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-3866
 Fax:  (916) 324-5205
 Email:  Dan.Kossick@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH CRAY,** | CIV S-05-2174 FCD GGH P |
| Petitioner, | **JOINT STIPULATION TO RE-SET HEARING DATE OF APRIL 20, 2006; ORDER** |
| v. | |
| **TOM L. CAREY, Warden,** | |
| Respondents. | Judge: The Hon. Gregory G. Hollows |

        The parties hereby stipulate that the date of April 20, 2006, which is currently set for

hearing on Petitioner's Motion for Discovery, be re-set to June 1, 2006, at 10:00 a.m.  This will

allow Respondent the opportunity to file an answer or dispositive motion to the First Amended

Petition that was filed on March 23, 2006.   Respondent's answer or dispositive motion is due on

or before May 8, 2006.


*/s/ Heather MacKay*                          */s/ Daniel Kossick*
Heather MacKay                                   Daniel J. Kossick

Attorney for Petitioner Cray                   Deputy Attorney General

Joint Stipulation and Proposed Order

1

1

2          Dated:  March 30, 2006

3                              Respectfully submitted,

4                              BILL LOCKYER
                               Attorney General of the State of California
5
                               JAMES M. HUMES
6                              Chief Assistant Attorney General

7                              FRANCES T. GRUNDER
                               Senior Assistant Attorney General
8
                               STEPHEN P. ACQUISTO
                               Supervising Deputy Attorney General
9

10                             */s/ Daniel Kossick*
                               DANIEL J. KOSSICK
11                             Deputy Attorney General
                               Attorneys for Respondents
12

13      cray2174.po2.wpd
14      SA2005301962

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation and Proposed Order

**KENNETH CRAY,**

Petitioner,

v.

**TOM L. CAREY, Warden,**

Respondents

CIV S-05-2174 FCD GGH P

**ORDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

     The hearing on Respondent's Motion for Discovery currently set for April 20, 2006, is vacated.  This matter is re-set for hearing to June 1, 2006, at 10:00 a.m.

DATED: 4/10/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

cray2174.po2