IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CRAY,<br><br>   Petitioner,<br><br> v.<br><br>TOM L. CAREY, Warden,<br><br>   Respondent. | No. CIV-S 05-2174 FCD GGH P<br><br>ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE PETITIONER'S TRAVERSE |

  GOOD CAUSE APPEARING, Petitioner Kenneth Cray is granted an extension of time up to and including November 22, 2006 in which to file a traverse and supporting memorandum of points and authorities.

Dated: 10/25/06      /s/ Gregory G. Hollows
              ―――――――――――――
              HON GREGORY G. HOLLOWS
              U.S. Magistrate Judge

cray2174.po3