IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH CRAY,** | 2:05-cv-2174-FCD-GGH-P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM L. CAREY, Warden,** | |
| Respondents. | |

The hearing on Petitioner's Motion for Discovery currently set for November 30, 2006, is vacated. This matter is reset for hearing to December 14, 2006, at 10:00 a.m.

Dated: 11/28/06         /s/ Gregory G. Hollows
                        THE HONORABLE GREGORY G. HOLLOWS
                        United States Magistrate Judge

cray2174.po4

[PROPOSED] ORDER
1