IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH CRAY,

     Petitioner,                       CIV S-05-2174 FCD GGH P

    vs.

TOM L. CAREY, Warden,

     Respondent.                   <u>ORDER</u>

_____/

      Pursuant to the Stipulation for Dismissal of Petition for Writ of Habeas Corpus filed by the parties on Monday, March 19, 2007, IT IS ORDERED THAT the petition in this case is hereby dismissed.

DATED: 3/20/07

                          /s/ Gregory G. Hollows
                          _____
                          UNITED STATES MAGISTRATE JUDGE

cray2174.stp

1